UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUTHER McCASKILL,

          Petitioner,          Criminal No. 02-80216-02

vs.

                                     HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

          Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

On July 22, 2014, this court entered an order denying petitioner's Rule 60(b) motion for relief, as well as his motion to amend his original 2008 § 2255 motion. This matter is back before the court on petitioner's motion for reconsideration and motion for stay pending certification in the United States Supreme Court.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

Petitioner's motion is brought on the basis of the court's "blatant obfuscation and distortion of the true 60(b)(6) and Rule 15(C)(1) motions filed by Petitioner." The court has read petitioner's motion and determines that it presents the same issues previously raised and addressed. Petitioner is clearly frustrated by the court's holding in his case, but that is not the standard for granting reconsideration. Accordingly,

IT IS ORDERED that petitioner's motion for reconsideration is DENIED.

IT IS HEREBY FURTHER ORDERED that petitioner's motion for stay is DENIED.

So ordered.

Dated: September 17, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 17, 2014, by electronic and/or ordinary mail and also on Luther McCaskill, #20529-039, FCI Milan, P. O. Box 1000, Milan, MI 48160.

s/Barbara Radke
Deputy Clerk